JP:MBM

**M-08-350**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

EDWARD HAUSDORF,

               Defendant.
- - - - - - - - - - - - - - - - -X

AFFIDAVIT IN SUPPORT
OF APPLICATION FOR
ARREST WARRANT

(18 U.S.C. §
2252(a)(4)(B) and (b))

       KRISTEN L. WILSON, being duly sworn, deposes and says that she is a Special Agent with United States Immigration and Customs Enforcement("ICE"), duly appointed according to law and acting as such.

       Upon information and belief, on or about November 28, 2007, within the Eastern District of New York and elsewhere, the defendant EDWARD HAUSDORF did knowingly possess matter which contained a visual depiction that had been mailed, or shipped or transported in interstate commerce by computer, involving the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

       (Title 18, United States Code, Section 2252(a)(4)(B) and (b)).

       The source of your deponent's information and the grounds for her belief are as follows:

       1.   I am a Special Agent for ICE and have been so

2

employed for approximately six years. I am currently assigned to the Child Exploitation Unit. As a Special Agent, I am currently assigned to investigations relating to, among other things, crimes against children, including the trafficking of child pornography. As part of my responsibilities, I have been involved in the investigation of dozens of child pornography cases. I have been involved in numerous investigations in which child pornography was stored, viewed, and/or transmitted by computer or through the United States mail. During the course of these investigations, I have reviewed hundreds of photographs involving child pornography, specifically, photographs which depict minor children (less than 18 years of age) involved in sexual activity. Through my experience in these investigations, I have become familiar with methods of determining whether a child is a minor.

    2. The factual information supplied in this application and affidavit is based upon my investigation and upon information provided to me orally and in written form by ICE Special Agents and other law enforcement officers. Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not set forth every fact resulting from the investigation. Additionally, most of the statements attributed to individuals in this affidavit are described only in sum and substance and in part.

## THE INTERNET

3.  The internet is a global network which allows for the sharing of data across computers attached to the network.

4.  The internet uses a portion of the existing public telecommunication networks. Technically, what distinguishes the internet from traditional circuit based communications is its use of a set of protocols called Transmission Control Protocol (TCP) and Internet Protocol (IP). Protocol is a set of rules that allows for seamless communications between disparate networks.

5.  Individual users typically access the internet through a local Internet Service Provider (e.g., America Online, Yahoo) through a modem or other connection device, such as a cable or Digital Subscriber Line (hereinafter referred to as "DSL").

## BACKGROUND OF THE INVESTIGATION

a.  **Project FLICKER**

6.  Project FLICKER is an investigation conducted by ICE, the Cyber Crimes Center ("C3") and the Child Exploitation Section ("CES"). Project FLICKER focused on a criminal organization operating a commercial child pornography website known as "Home Collection." The investigation is now being worked jointly by ICE/C3/CES and the United States Attorney's Office for the Northern District of Alabama, among other agencies.

4

7. ICE/C3/CES conducted over 60 undercover transactions during May and June 2006 at the suspect advertising websites. These transactions identified approximately eighteen members-only websites that offered access to child pornography.

8. These transactions resulted in the identification of iWest, a payment website used by the criminal organization to accept payment for access to the commercial child pornography websites. The transactions also identified PayPal accounts that were used to facilitate the membership purchases. These PayPal accounts had specific identifiers that showed purchases into the various members-only websites. Finally, the transactions also identified specific administrative e-mail accounts used to distribute access to the members-only websites.

9. As detailed below, information obtained from the various seized payment and host servers during Project FLICKER indicates that an individual identified as EDWARD HAUSDORF used PayPal to purchase, via the Internet, subscriptions to the members-only website named "Sick Child Room" on three occasions: (1) on or about October 15, 2006, and (2) two times on or about November 8, 2006. Through undercover purchases made by agents during Project FLICKER, law enforcement learned that this website contained numerous images of child pornography that subscribers could download.

5

10. "Sick Child Room" depicts images of pre-pubescent, minor females engaged in sexually explicit conduct. Specifically, among the 20,000 still images and 150 videos available on the website is a video of a prepubescent, minor female with an adult male penis inserted into the child's mouth and then further depicts an adult male anally penetrating the same prepubescent girl ("VideoVicky_anal_best_one_yet").

11. Information revealed during Project FLICKER, obtained from the various seized payment and host servers, revealed that the above mentioned websites were subscribed to by a person using the e-mail address javlinthrowa1005@aol.com. In subscribing to these members-only websites, the person provided this e-mail address as the address to which passwords to enter the above mentioned websites should be sent. On August 27, 2007, AOL responded to an ICE subpoena requesting subscriber information for javlinthrowa1005@aol.com. AOL confirmed that javlinthrowa1005@aol.com was registered to the defendant EDWARD HAUSDORF and that the mailing address associated with the account is 244-24 85th Avenue, Bellerose, New York, 11426, the address at which the defendant EDWARD HAUSDORF currently resides. AOL further confirmed that the account had been active since December 29, 2000 and was active on October 15, 2006 and November 8, 2006, the dates on which the "Sick Child Room" purchases were made.

6

### B. Operation EMISSARY

12. The United States Attorney's Office for the District of New Jersey ("USAO DNJ"), and the New Jersey offices of ICE have conducted an investigation (the "New Jersey Investigation") of a commercial website labeling itself "illegal.CP" (hereinafter the "Illegal CP" website), which offers access to thousands of images and videos of child pornography via subscriptions of 20 and 30 days' duration. The investigation, known as "Operation EMISSARY," has revealed that the owners and operators of the "Illegal CP" website have conspired with other corporate entities and individuals, including the operators of a company known as "AD-SOFT" to commercially distribute child pornography.

### C. The Defendant EDWARD HAUSDORF's Activities

13. ICE agents have determined that an individual named EDWARD HAUSDORF has subscribed to the "Illegal CP" website and has received access to child pornography.

14. In or about October and November 2006, ICE agents reviewed the data recovered by virtue of the search warrant conducted at Transactional Technologies, d/b/a JetPay ("JetPay")[1]

---

[1] JetPay is a company based in Carrollton, Texas, which is a third-party processor. As a third-party processor, JetPay receives input by individual customers seeking to purchase goods or services from an Internet merchant, and verifies that all of the necessary data to complete a transaction has been included before forwarding the relevant data to the appropriate credit card company.

in September of 2006. That data indicated that an individual with the name EDWARD HAUSDORF successfully purchased access to the "Illegal CP" website on or about May 1, 2006 and May 26, 2006, using a Citibank Mastercard credit card with the number 5424 1810 2847 2756. Citibank records indicate that the name on that Mastercard account was EDWARD HAUSDORF. The Citibank records list the name "AD SOFT" next to both purchases, each of which was in the amount of $79.99.

## THE SEARCH OF THE PREMISES

15. On November 26, 2007, the Honorable Marilyn D. Go, United States Magistrate Judge, United States District Court for the Eastern District of New York, issued a search warrant of the defendant EDWARD HAUSDORF's residence, 24424 85th Avenue, Bellerose, New York, 11426.

16. On November 28, 2007, at approximately 6:30 a.m., Special Agents for ICE executed the search warrant at the PREMISES. We approached the house and spoke with the defendant EDWARD HAUSDORF's mother, Patricia Hausdorf and his sister, Elizabeth Hausdorf. The defendant EDWARD HAUSDORF then met us at the door as well.

17. We informed the defendant that we were there to execute a search warrant of the house. The defendant led us up to the second floor of the house, which was where he told us that he lived. As we walked upstairs, I asked whether he knew why we

were executing a search warrant, and he stated, "Probably because I go onto child pornography websites." I explained that he was correct and that it would be helpful for him to assist us in our search to find images containing child pornography. He complied and pointed out three CDs in the closet which said contained child pornography that he had downloaded from the internet. He stated that he believed that the websites from which he downloaded these images were located in Russia, based upon information contained in the e-mails he received from the website. Specifically, the e-mail addresses from the web-master of the websites contained the extension, ".ru."

18. At that point, the ICE Special Agents seized the aforementioned CDs, in addition to one laptop computer, two desktop computers, and various computer media, and catalogued them on an inventory sheet.

19. During this process, I sat down with the defendant EDWARD HAUSDORF and he stated that the e-mail address javlinthrowa1005@aol.com is his e-mail address and he is the sole user. He confessed to using this e-mail address to join child pornography websites. He could not recall the names of the websites, but "Sick Child Room" sounded "very familiar." He believed that the last time he joined a child pornography website or had viewed an image of child pornography had been a year ago. He believed that the last time he had paid to join a child

9

pornography website was April 2007. He stated that he paid approximately $80 to join each website, and that he used PayPal and credit cards to make the payments. He further stated that the first time he had viewed child pornography was in college, that thereafter had began to search for it on the Internet, that he received enjoyment from looking at the images, and that he knew that it was illegal.

20. Approximately 2,020 images and fourteen videos were recovered from the three CDs retrieved from the defendant EDWARD HAUSDORF's closet, all of which contained images of minors engaged in sexually explicit conduct. These images were sent to the National Center for Missing and Exploited Children ("NCMEC"). The NCMEC ran the images through the Child Recognition and Identification System which determined that 347 of the 2,020 images are images of children previously identified by law enforcement as a victim, and that there were 47 series of known victims identified in total. For example, eight of the images and one of the videos contained on the three CDs are described as follows:

>   a. Image titled 021.jpg, created on July 15, 2007 at 10:47:58 PM. Image has been previously identified as a known victim and is from the known victim series, "Billy".
>
>   b. Image is a black and white photo and depicts a prepubescent boy, approximately under the age of 4, nude, lying on a bed on his right side facing the camera. An adult male, nude from the waist down, is lying

behind him, holding the boys left leg in the air with his penis inserted into the boys anus. Russian words and a website http://pyccekc.nu are written across the bottom of the image.

c.   Image titled 1733.jpg, created on March 11, 2003 at 8:20:02 PM. Image has been previously identified as a known victim and is from the known victim series, "Amy & Bro." Image is a color photo, depicting an infant girl, approximately under the age of two, wearing a white patterned pajama top and nude from the waist down, exposing her vaginal area to the camera. The girl has short brown curly hair and is asleep, lying on her back with her arms raised over her head. An adult male, wearing a black sports watch on his left wrist, is holding his penis against the girls vagina.

d.   In the same "Amy & Bro" series, another identified image titled 1735.jpg, created on March 11, 2003 at 6:01:22 PM, is a close-up photo of the same adult male's penis inserted into the vagina of the same infant girl. Other images of the girl in the series show the infant girl in various stages of undress and wearing a diaper.

e.   Image titled 1238.bmp, created on May 2, 2006 at 11:05:32 PM. Image has been previously identified as a known victim and is from the known victim series, "Morgan." Image is a color photo, depicting a prepubescent girl, approximately under the age of twelve, lying on a bed with black, white and red striped sheets. The girl has short blond hair and is wearing a blue flowered shirt and is nude from the waist down, exposing her vaginal area to the camera. The girl has her legs spread open, exposing her vaginal area, as she holds a red close-pin in her left hand and a yellow close-pin in her right hand. The close-pins are attached to the girl's labia as she pulls them to spread open her vagina to the camera.

f.   Image titled 1241.bmp, created on May 2, 2006 at 11:06:22 PM.  Image is also from the known victim series "Morgan."  Image is a color photo. Image shows a prepubescent girl, facing away from the camera with her head down, making her face and head not visible to the camera. The girl is kneeling on the same bed and is naked from the waist down, exposing her vagina and anus to the camera. The girl's hands are bound behind her back with white rope.  Each of the girls' ankles is also bound with white rope which is tied to something out of frame.  The girl's legs are forced open due to the rope being tied.

g.   Image titled 1645.jpg, created on January 8, 2005 at 6:56 PM.  Image has been previously identified as a known victim and is from the known victim series "Helen". Image is a color photo of a prepubescent girl, approximately under the age of ten, lying on her back on a bed, wearing a white tank-top and a white bow in her hair.  A nude adult male is kneeling on the bed over the girl, with one leg on either side of her torso.  The male's penis is inserted into the girl's mouth.

h.   Image titled 376.jpg, created on November 23, 2005 at 5:22:58 PM.  Image has been previously identified as a known victim, also from the "Helen" series.  Image is a color photo of a nude prepubescent boy, approximately under the age of ten, and a nude prepubescent girl, approximately under the age of ten in a bathtub.  The boy is standing and the girl is kneeling in front of him in the water and has her mouth around the boy's penis.

i.   Video titled Pedoland_babyshivid-bathtime-inourworld_all.avi, created on September 22, 2005 at 11:28:48 PM, is a color video, approximately 6 minutes and seven seconds long.  Video depicts a prepubescent girl, approximately under age 5, completely nude, being helped into a bathtub by a nude adult male.  The male focuses the camera on the

girl's vaginal area. The adult male then gets into the bathtub and kneels in front of the girl as he holds her head with his right hand and inserts his penis into her mouth. Male then stands female up in front of him and places her hands behind her as he rubs his penis against her vagina. Male then squats down and places the girl on his lap and inserts his penis into her vagina as he holds her body against him to prevent her from moving. Male then holds girl so that her back is facing him as inserts his penis into her anus and rapes her anally as the girl cries. Male turns girl around and then ejaculates on her chest.

WHEREFORE, your deponent respectfully requests that the defendant EDWARD HAUSDORF be dealt with according to law.

Kristen L. Wilson
Special Agent, ICE
New York Division

Sworn to before me this
7th day of April, 2008

s/ James Orenstein

UNI    E JUDGE
EAS    YORK