

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                   08 CR 413 (NG)

   -against-

                                                   <u>ORDER</u>

EDWARD HAUSDORF,

-----------------------------------------------------------x

GERSHON, United States District Judge:

      Defendant's *pro se* motion for early termination of his supervised release is denied. He is to be commended insofar as he has made progress since his conviction. But, as set forth by the Probation Department, further supervision, and treatment, is warranted.

                                                   SO ORDERED.

                                               /s/ *Nina Gershon*

                                             NINA GERSHON
                                             United States District Judge

Dated:  September 7, 2017
           Brooklyn, New York